UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WILBERT McKREITH,

    Plaintiff,

v.                         **CASE NO.** 06-61942-CV-GONZALEZ

UNITED STATES OF AMERICA,

    Defendant.

### ORDER

**THIS MATTER** has come before the Court based on Plaintiff's Request for Name Change on Docket Entries [DE 24] and the Report of Magistrate Judge White [DE 21]. The Court, having reviewed the Plaintiff's Objections to Judge White's Report and Recommendations [DE 22] and all relevant filings, it is hereby

**ORDERED and ADJUDGED** that

1) Plaintiff's Motion for name change is DENIED. Name change requests must be directed to Florida Chancery courts pursuant to Florida Statutes Chapter 68.07.

2) The Report of Magistrate Judge White [DE 21] is hereby adopted and Plaintiff's Motion to Vacate Set Aside or Correct Sentence [DE 1] is DENIED.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 31st day of March 2010.

JOSE A. GONZALEZ, JR.
UNITED STATES DISTRICT JUDGE